Before WICKERSHAM, MONTEMURO and MONTGOM-
ERY, JJ.

Order affirmed.

478 A.2d 54

Commonwealth v. Anderson, Appellant.

Submitted November
28, 1983.  Vincent A. Couchara, for appellant;  Ronald T.
Williamson, Assistant District Attorney, for Common-
wealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOM-
ERY, JJ.

Order affirmed.

478 A.2d 54

Commonwealth v. Beecher, Appellant.

Submitted
March 5, 1984.  John Packel, Chief, Appeals, Assistant
Public Defender, for appellant;  Jane C. Greenspan, Assist-
ant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

556

Conviction for carrying a firearm without a license (18 Pa.D.S.A. § 6106) is reversed; remaining judgments of sentence affirmed.